

**Children's Crisis Treatment Center**
1080 North Delaware Ave
Suite 600
Philadelphia, PA 19125-4330

**Pay Statement**
Period Start Date 01/26/2019
Period End Date 02/08/2019
Pay Date 03/04/2019
Document 129856
Net Pay $828.20

## Pay Details

| | | | | |
|---|---|---|---|---|
| Edwin Dennis | Employee Number | 001145 | Pay Group | TSS |
| 241 Berkley Avenue | SSN | XXX-XX-XXXX | Location | Philadelphia, PA |
| Lansdown, PA 19050 | Job | Therapeutic Staff Support | Source | CBH - Community Behavioral Heal |
| USA | Pay Rate | $15.7590 | Department | 210 - BHRS |
| | Pay Frequency | Biweekly | | |

| Federal Income Tax | M 2 |
|---|---|
| PA State Income Tax (Residence) | M 2 |
| PA State Income Tax (Work) | M 2 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $393.98 |
| Regular Pay | 61.0000 | $15.7590 | $961.30 | |
| Regular Pay | 4.0000 | $15.7590 | $63.04 | $4,924.68 |

Total Hours 65.0000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-tax | Current | YTD | Current | YTD |
| Garnishment | $0.00 | No | $0.00 | $427.05 | $0.00 | $0.00 |
| Life - Emp | $100,000.00 | No | $25.57 | $127.85 | $0.00 | $0.00 |
| EAP | $0.00 | No | $0.00 | $0.00 | $0.35 | $1.75 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,024.34 | $24.74 | $150.17 |
| Employee Medicare | $1,024.34 | $14.85 | $77.12 |
| Social Security Employee Tax | $1,024.34 | $63.51 | $329.76 |
| PA State Income Tax | $1,024.34 | $31.45 | $163.29 |
| PHILA NR | $1,024.34 | $35.41 | $183.85 |
| PA Unemployment Employee | $1,024.34 | $0.61 | $3.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 7.5000 |
| Sick | 1.4400 | 141.6200 |
| Vacation | 2.8800 | 62.5200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4182 | Checking | $828.20 |
| Total | | $828.20 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,024.34 | $1,024.34 | $170.57 | $25.57 | $828.20 |
| YTD | $5,318.66 | $5,318.66 | $907.38 | $554.90 | $3,856.38 |



**Children's Crisis Treatment Center**
1080 North Delaware Ave
Suite 600
Philadelphia, PA 19125-4330

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/12/2019 |
| Period End Date | 01/25/2019 |
| Pay Date | 02/15/2019 |
| Document | 129418 |
| Net Pay | $684.92 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Edwin Dennis | Employee Number | 001145 | Pay Group | TSS | Federal Income Tax | | M 2 |
| 241 Berkley Avenue | SSN | XXX-XX-XXXX | Location | Philadelphia, PA | PA State Income Tax (Residence) | | M 2 |
| Lansdown, PA 19050 | Job | Therapeutic Staff Support | Source | CBH - Community Behavioral Heal | PA State Income Tax (Work) | | M 2 |
| USA | Pay Rate | $15.7590 | Department | 210 - BHRS | | | |
| | Pay Frequency | Biweekly | | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 5.0000 | $15.7590 | $78.80 | $393.98 |
| Regular Pay | 42.0000 | $15.7590 | $661.88 | |
| Regular Pay | 6.0000 | $15.7590 | $94.55 | $3,900.34 |

Total Hours 53.0000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| Garnishment | $0.00 | No | $0.00 | $427.05 | $0.00 | $0.00 |
| Life - Emp | $100,000.00 | No | $25.57 | $102.28 | $0.00 | $0.00 |
| EAP | $0.00 | No | $0.00 | $0.00 | $0.35 | $1.40 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $835.23 | $5.83 | $125.43 |
| Employee Medicare | $835.23 | $12.11 | $62.27 |
| Social Security Employee Tax | $835.23 | $51.79 | $266.25 |
| PA State Income Tax | $835.23 | $25.64 | $131.84 |
| PHILA NR | $835.23 | $28.87 | $148.44 |
| PA Unemployment Employee | $835.23 | $0.50 | $2.58 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 7.5000 |
| Sick | 1.4400 | 140.1800 |
| Vacation | 2.8800 | 59.6400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4182 | Checking | $684.92 |
| Total | | $684.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $835.23 | $835.23 | $124.74 | $25.57 | $684.92 |
| YTD | $4,294.32 | $4,294.32 | $736.81 | $529.33 | $3,028.18 |



**Children's Crisis Treatment Center**
1080 North Delaware Ave
Suite 600
Philadelphia, PA 19125-4330

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/29/2018 |
| Period End Date | 01/11/2019 |
| Pay Date | 02/04/2019 |
| Document | 128976 |
| Net Pay | $938.61 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Edwin Dennis | Employee Number | 001145 | Pay Group | TSS | Federal Income Tax | | M 2 |
| 241 Berkley Avenue | SSN | XXX-XX-XXXX | Location | Philadelphia, PA | PA State Income Tax (Residence) | | M 2 |
| Lansdown, PA 19050 | Job | Therapeutic Staff Support | Source | CBH - Community Behavioral Heal | PA State Income Tax (Work) | | M 2 |
| USA | Pay Rate | $15.7590 | Department | 210 - BHRS | | | |
| | Pay Frequency | Biweekly | | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 10.0000 | $15.7590 | $157.59 | $315.18 |
| Regular Pay | 21.0000 | $15.7590 | $330.94 | |
| Regular Pay | 57.5000 | $15.7590 | $906.14 | $3,143.91 |

Total Hours  88.5000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| Garnishment | $0.00 | No | $170.15 | $427.05 | $0.00 | $0.00 |
| Life - Emp | $100,000.00 | No | $25.57 | $76.71 | $0.00 | $0.00 |
| EAP | $0.00 | No | $0.00 | $0.00 | $0.35 | $1.05 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,394.67 | $61.77 | $119.60 |
| Employee Medicare | $1,394.67 | $20.23 | $50.16 |
| Social Security Employee Tax | $1,394.67 | $86.47 | $214.46 |
| PA State Income Tax | $1,394.67 | $42.82 | $106.20 |
| PHILA NR | $1,394.67 | $48.21 | $119.57 |
| PA Unemployment Employee | $1,394.67 | $0.84 | $2.08 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 7.5000 |
| Sick | 1.4400 | 138.7400 |
| Vacation | 2.8800 | 56.7600 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4182 | Checking | $938.61 |
| Total | | $938.61 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,394.67 | $1,394.67 | $260.34 | $195.72 | $938.61 |
| YTD | $3,459.09 | $3,459.09 | $612.07 | $503.76 | $2,343.26 |



**Children's Crisis Treatment Center**
1080 North Delaware Ave
Suite 600
Philadelphia, PA 19125-4330

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/15/2018 |
| Period End Date | 12/28/2018 |
| Pay Date | 01/18/2019 |
| Document | 128286 |
| Net Pay | $491.40 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Edwin Dennis | Employee Number | 001145 | Pay Group | TSS | Federal Income Tax | | M 2 |
| 241 Berkley Avenue | SSN | XXX-XX-XXXX | Location | Philadelphia, PA | PA State Income Tax (Residence) | | M 2 |
| Lansdown, PA 19050 | Job | Therapeutic Staff Support | Source | CBH - Community Behavioral Heal | PA State Income Tax (Work) | | M 2 |
| USA | Pay Rate | $15.7590 | Department | 210 - BHRS | | | |
| | Pay Frequency | Biweekly | | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 10.0000 | $15.7590 | $157.59 | $157.59 |
| Regular Pay | 35.0000 | $15.7590 | $551.56 | $1,906.83 |

Total Hours 45.0000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| Garnishment | $0.00 | No | $91.23 | $256.90 | $0.00 | $0.00 |
| Life - Emp | $100,000.00 | No | $25.57 | $51.14 | $0.00 | $0.00 |
| EAP | $0.00 | No | $0.00 | $0.00 | $0.35 | $0.70 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $709.15 | $0.00 | $57.83 |
| Employee Medicare | $709.15 | $10.28 | $29.93 |
| Social Security Employee Tax | $709.15 | $43.96 | $127.99 |
| PA State Income Tax | $709.15 | $21.77 | $63.38 |
| PHILA NR | $709.15 | $24.51 | $71.36 |
| PA Unemployment Employee | $709.15 | $0.43 | $1.24 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 7.5000 |
| Sick | 1.4400 | 137.3000 |
| Vacation | 2.8800 | 53.8800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4182 | Checking | $491.40 |
| Total | | $491.40 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $709.15 | $709.15 | $100.95 | $116.80 | $491.40 |
| YTD | $2,064.42 | $2,064.42 | $351.73 | $308.04 | $1,404.65 |



**Children's Crisis Treatment Center**
1080 North Delaware Ave
Suite 600
Philadelphia, PA 19125-4330

**Pay Statement**
Period Start Date 12/11/2018
Period End Date 12/24/2018
Pay Date 01/07/2019
Document 128130
Net Pay $913.25

## Pay Details

Edwin Dennis
241 Berkley Avenue
Lansdown, PA 19050
USA

| | | |
|---|---|---|
| Employee Number | 001145 | |
| SSN | XXX-XX-XXXX | |
| Job | Therapeutic Staff Support | |
| Pay Rate | $15.7590 | |
| Pay Frequency | Biweekly | |

| | |
|---|---|
| Pay Group | TSS |
| Location | Philadelphia, PA |
| Source | CBH - Community Behavioral Heal |
| Department | 210 - BHRS |

| | |
|---|---|
| Federal Income Tax | M 2 |
| PA State Income Tax (Residence) | M 2 |
| PA State Income Tax (Work) | M 2 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 16.0000 | $15.7590 | $252.14 | |
| Regular Pay | 70.0000 | $15.7590 | $1,103.13 | $1,355.27 |

Total Hours 86.0000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Garnishment | $0.00 | No | $165.67 | $165.67 | $0.00 | $0.00 |
| Life - Emp | $100,000.00 | No | $25.57 | $25.57 | $0.00 | $0.00 |
| EAP | $0.00 | No | $0.00 | $0.00 | $0.35 | $0.35 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,355.27 | $57.83 | $57.83 |
| Employee Medicare | $1,355.27 | $19.65 | $19.65 |
| Social Security Employee Tax | $1,355.27 | $84.03 | $84.03 |
| PA State Income Tax | $1,355.27 | $41.61 | $41.61 |
| PHILA NR | $1,355.27 | $46.85 | $46.85 |
| PA Unemployment Employee | $1,355.27 | $0.81 | $0.81 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 7.5000 |
| Sick | 1.4400 | 135.8600 |
| Vacation | 2.8800 | 51.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4182 | Checking | $913.25 |
| Total | | $913.25 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,355.27 | $1,355.27 | $250.78 | $191.24 | $913.25 |
| YTD | $1,355.27 | $1,355.27 | $250.78 | $191.24 | $913.25 |



**Children's Crisis Treatment Center**
1080 North Delaware Ave
Suite 600
Philadelphia, PA 19125-4330

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/17/2018 |
| Period End Date | 11/30/2018 |
| Pay Date | 12/21/2018 |
| Document | 127701 |
| Net Pay | $972.99 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Edwin Dennis | Employee Number | 001145 | Pay Group | TSS | Federal Income Tax | | M 2 |
| 241 Berkley Avenue | SSN | XXX-XX-XXXX | Location | Philadelphia, PA | PA State Income Tax (Residence) | | M 2 |
| Lansdown, PA 19050 | Job | Therapeutic Staff Support | Source | CBH - Community Behavioral Heal | PA State Income Tax (Work) | | M 2 |
| USA | Pay Rate | $15.7590 | Department | 210 - BHRS | | | |
| | Pay Frequency | Biweekly | | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 10.0000 | $15.7590 | $157.59 | $478.89 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $107.10 |
| Regular Pay | 22.0000 | $15.7590 | $346.70 | |
| Regular Pay | 60.0000 | $15.7590 | $945.54 | $18,933.52 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $1,392.30 |
| Training Hours | 0.0000 | $0.0000 | $0.00 | $103.70 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,147.50 |

Total Hours 92.0000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| Garnishment | $0.00 | No | $176.22 | $2,559.76 | $0.00 | $0.00 |
| Life - Emp | $100,000.00 | No | $25.57 | $664.82 | $0.00 | $0.00 |
| EAP | $0.00 | No | $0.00 | $0.00 | $0.35 | $8.40 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,449.83 | $68.64 | $611.32 |
| Employee Medicare | $1,449.83 | $21.02 | $321.36 |
| Social Security Employee Tax | $1,449.83 | $89.89 | $1,374.11 |
| PA State Income Tax | $1,449.83 | $44.51 | $680.40 |
| PHILA NR | $1,449.83 | $50.12 | $767.14 |
| PA Unemployment Employee | $1,449.83 | $0.87 | $13.29 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 7.5000 |
| Sick | 1.4400 | 134.4200 |
| Vacation | 2.8800 | 48.1200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4182 | Checking | $972.99 |
| Total | | $972.99 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,449.83 | $1,449.83 | $275.05 | $201.79 | $972.99 |
| YTD | $22,163.01 | $22,163.01 | $3,767.62 | $3,224.58 | $15,170.81 |



**Children's Crisis Treatment Center**
1080 North Delaware Ave
Suite 600
Philadelphia, PA 19125-4330

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/03/2018 |
| Period End Date | 11/16/2018 |
| Pay Date | 12/10/2018 |
| Document | 127272 |
| Net Pay | $597.49 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Edwin Dennis | Employee Number | 001145 | Pay Group | TSS | Federal Income Tax | M | 2 |
| 241 Berkley Avenue | SSN | XXX-XX-XXXX | Location | Philadelphia, PA | PA State Income Tax (Residence) | M | 2 |
| Lansdown, PA 19050 | Job | Therapeutic Staff Support | Source | CBH - Community Behavioral Heal | PA State Income Tax (Work) | M | 2 |
| USA | | | Department | 210 - BHRS | | | |
| | Pay Rate | $15.7590 | | | | | |
| | Pay Frequency | Biweekly | | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $321.30 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $107.10 |
| Regular Pay | 7.0000 | $15.7590 | $110.31 | |
| Regular Pay | 48.0000 | $15.7590 | $756.43 | $17,641.28 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $1,392.30 |
| Training Hours | 0.0000 | $0.0000 | $0.00 | $103.70 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,147.50 |

Total Hours  55.0000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| Garnishment | $0.00 | No | $109.95 | $2,383.54 | $0.00 | $0.00 |
| Life - Emp | $100,000.00 | No | $25.57 | $639.25 | $0.00 | $0.00 |
| EAP | $0.00 | No | $0.00 | $0.00 | $0.35 | $8.05 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $866.74 | $10.33 | $542.68 |
| Employee Medicare | $866.74 | $12.57 | $300.34 |
| Social Security Employee Tax | $866.74 | $53.74 | $1,284.22 |
| PA State Income Tax | $866.74 | $26.61 | $635.89 |
| PHILA NR | $866.74 | $29.96 | $717.02 |
| PA Unemployment Employee | $866.74 | $0.52 | $12.42 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 7.5000 |
| Sick | 1.4400 | 132.9800 |
| Vacation | 2.8800 | 45.2400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4182 | Checking | $597.49 |
| Total | | $597.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $866.74 | $866.74 | $133.73 | $135.52 | $597.49 |
| YTD | $20,713.18 | $20,713.18 | $3,492.57 | $3,022.79 | $14,197.82 |



**Children's Crisis Treatment Center**
1080 North Delaware Ave
Suite 600
Philadelphia, PA 19125-4330

**Pay Statement**
Period Start Date 10/20/2018
Period End Date 11/02/2018
Pay Date 11/26/2018
Document 126853
Net Pay $891.82

## Pay Details

| | | | | |
|---|---|---|---|---|
| Edwin Dennis | Employee Number | 001145 | Pay Group | TSS |
| 241 Berkley Avenue | SSN | XXX-XX-XXXX | Location | Philadelphia, PA |
| Lansdown, PA 19050 | Job | Therapeutic Staff Support | Source | CBH - Community Behavioral Heal |
| USA | Pay Rate | $15.7590 | Department | 210 - BHRS |
| | Pay Frequency | Biweekly | | |

| Federal Income Tax | M 2 |
|---|---|
| PA State Income Tax (Residence) | M 2 |
| PA State Income Tax (Work) | M 2 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $321.30 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $107.10 |
| Regular Pay | 14.0000 | $15.7590 | $220.63 | |
| Regular Pay | 70.0000 | $15.7590 | $1,103.13 | $16,774.54 |
| Sick Pay | 0.0000 | $0.0000 | $0.00 | $1,392.30 |
| Training Hours | 0.0000 | $0.0000 | $0.00 | $103.70 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,147.50 |

Total Hours 84.0000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| Garnishment | $0.00 | No | $161.89 | $2,273.59 | $0.00 | $0.00 |
| Life - Emp | $100,000.00 | No | $25.57 | $613.68 | $0.00 | $0.00 |
| EAP | $0.00 | No | $0.00 | $0.00 | $0.35 | $7.70 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,323.76 | $56.03 | $532.35 |
| Employee Medicare | $1,323.76 | $19.19 | $287.77 |
| Social Security Employee Tax | $1,323.76 | $82.07 | $1,230.48 |
| PA State Income Tax | $1,323.76 | $40.64 | $609.28 |
| PHILA NR | $1,323.76 | $45.76 | $687.06 |
| PA Unemployment Employee | $1,323.76 | $0.79 | $11.90 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 7.5000 |
| Sick | 1.4400 | 131.5400 |
| Vacation | 2.8800 | 42.3600 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx4182 | Checking | $891.82 |
| Total | | $891.82 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,323.76 | $1,323.76 | $244.48 | $187.46 | $891.82 |
| YTD | $19,846.44 | $19,846.44 | $3,358.84 | $2,887.27 | $13,600.33 |