# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Edwin Dennis | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bky. No.19-10671 |
| | : | |

## ORDER

AND NOW, this 3rd day of July, 2019, upon consideration of Debtor's objection to the proof of claim of Pennsylvania Household Finance Agency (Doc. # 30) and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Objection is **OVERRULED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**