```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 19-10671-elf
Edwin N. Dennis                                                     Chapter 13
           Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: YvetteWD            Page 1 of 1            Date Rcvd: Jul 03, 2019
                               Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db             +Edwin N. Dennis,    2615 S. 73rd St.,    Philadelphia, PA 19153-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              SHARON S. MASTERS    on behalf of Debtor Edwin N. Dennis shmasters@hotmail.com,
               G65312@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Edwin Dennis** | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor** | : | Bky. No.19-10671 |
| | : | |

**ORDER**

AND NOW, this 3rd day of July, 2019, upon consideration of Debtor's objection to the proof of claim of Pennsylvania Household Finance Agency (Doc. # 30) and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Objection is **OVERRULED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**