# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Edwin N. Dennis<br>　　　　　　　　　Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　　Movant<br>　　vs.<br><br>Edwin N. Dennis<br>　　　　　　　　　Respondent | CHAPTER 13<br><br><br>NO. 19-10671 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about May 14, 2019 (Doc. No. 26).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322

August 9, 2019