IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Edwin Dennis                                                                : CHAPTER 13

   Debtor                                                                       : NO. 19-10671elf

ORDER

AND NOW, this __13th__ day of __September__, 2019, upon consideration of the Application for Compensation filed by Debtor's counsel, it is hereby **ORDERED** that the Application is **GRANTED**. Debtor's counsel is ALLOWED compensation of $1,200.00. It is further **ORDERED** that the balance of $600.00 shall be disbursed to Debtor counsel as an administrative expense

to the extent provided for in the confirmed plan.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**