United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edwin N. Dennis  
       Debtor

Case No. 19-10671-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: Sep 16, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2019.  
db         +Edwin N. Dennis,   2615 S. 73rd St.,   Philadelphia, PA 19153-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
        LEON P. HALLER   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
        SHARON S. MASTERS   on behalf of Debtor Edwin N. Dennis shmasters@hotmail.com, G65312@notify.cincompass.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
     TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Edwin Dennis                                              : CHAPTER 13

    Debtor                                              : NO. 19-10671elf

ORDER

AND NOW, this __13th__ day of __September__, 2019, upon consideration of the Application for Compensation filed by Debtor's counsel, it is hereby **ORDERED** that the Application is **GRANTED**. Debtor's counsel is ALLOWED compensation of $1,200.00. It is further **ORDERED** that the balance of $600.00 shall be disbursed to Debtor counsel as an administrative expense

to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**