# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10671-ELF

EDWIN N DENNIS

2615 S. 73RD STREET

PHILADELPHIA, PA 19153

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EDWIN N DENNIS

    2615 S. 73RD STREET

    PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

    SHARON S. MASTERS, ESQ.
    2201 PENNSYLVANIA AVE, #517

    PHILADELPHIA, PA 19130-

                                   /S/ William C. Miller

Date: 2/2/2021                        _____

                                     William C. Miller, Esquire
                                     Chapter 13 Standing Trustee