# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-10671-ELF

EDWIN N DENNIS

2615 S. 73RD STREET

PHILADELPHIA, PA 19153

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EDWIN N DENNIS

2615 S. 73RD STREET

PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

SHARON S. MASTERS, ESQ.
2201 PENNSYLVANIA AVE, #517

PHILADELPHIA, PA 19130-

Date: 10/7/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee