**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>EDWIN N DENNIS | Chapter 13 |
| Debtor | Bankruptcy No. 19-10671-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 7, 2021**

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
SHARON S. MASTERS, ESQ.
2201 PENNSYLVANIA AVE, #517

PHILADELPHIA, PA 19130-

Debtor:
EDWIN N DENNIS

2615 S. 73RD STREET

PHILADELPHIA, PA 19153