*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edwin N. Dennis
    Debtor(s)

Case No: 19−10671−elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why
this case should not be dismissed for failure to pay the full filing fee payment in the amount of $310.00.
will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 3/29/22

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: March 16, 2022

90
Form 175