United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-10671-elf |
|---|---|
| Edwin N. Dennis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin N. Dennis, 2615 S. 73rd St., Philadelphia, PA 19153-2411 |
| 14271467 | + | City of Philadelphia ? Traffic Court, 800 Spring Garden St. POB 12866, Philadelphia, PA 19176-0866 |
| 14271463 | + | KML Law Group, Ste. 500, BNY Mellon Center, 701 Market St., Philadelphia, Pa 19106-1541 |
| 14271466 | + | PGW, 1515 Arch Street 14th Fl, Philadelphia, PA 19102-1504 |
| 14297112 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14326964 | + | Philadelphia Municipal Traffic Court, 800 Spring Garden Street, Philadelphia, PA 19123-2690 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 15 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14352916 | | Email/Text: megan.harper@phila.gov | Mar 15 2022 23:54:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Revenue Unit, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1595 |
| 14271465 | | Email/Text: megan.harper@phila.gov | Mar 15 2022 23:54:00 | City of Philadelphia Law Dept, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14271468 | | Email/Text: mrdiscen@discover.com | Mar 15 2022 23:54:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14271464 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2022 23:54:00 | Internal Revenue Service, Dept of Insolvency, POB 7346, Philadelphia, PA 19101-7346 |
| 14306906 | + | Email/Text: blegal@phfa.org | Mar 15 2022 23:54:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14271462 | + | Email/Text: blegal@phfa.org | Mar 15 2022 23:54:00 | Pennsylvania Housing Finance Agency, 211 N. Front st., POB 15057, Harrisburg, PA 17105-5057 |
| 14358093 | | Email/Text: EDBKNotices@ecmc.org | Mar 15 2022 23:54:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 16

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022　　　　　　　　　　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SHARON S. MASTERS | on behalf of Debtor Edwin N. Dennis shmasters@hotmail.com  G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| EDWIN N. DENNIS, | : | |
| Debtor | : | Bky. No. 19-10671 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **December 7, 2021 (Doc. #81 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPT**

**Date: March 15, 2022**