-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Edwin Dennis                                                                                          : Chapter 13

    Debtor                                                                                                  : No. 19-10671

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

Kindly withdraw the document - Amended Disclosure of Attorney Compensation - filed at No. 108 of the docket in this matter.

Thank you.

    /s/ Sharon S. Masters, Esq.
    Sharon S. Masters, Esq.
    Attorney for Debtor

Dated: 6/2/2022