# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-10671-ELF

EDWIN N DENNIS

2615 S. 73RD STREET

PHILADELPHIA, PA 19153

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EDWIN N DENNIS

    2615 S. 73RD STREET

    PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

    SHARON S. MASTERS, ESQ.
    132 OVERLEAF DRIVE

    THORNDALE, PA 19372-

Date: 1/19/2023

                              /S/ Kenneth E. West
                              _____
                              Kenneth E. West, Esquire
                              Chapter 13 Standing Trustee